DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
JAMES E. MURPHY, ESQ.
Nevada Bar No. 008586
STEVEN FOREMASTER, ESQ.
Nevada Bar No. 10350
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Darrell.Dennis@lewisbrisbois.com
James.Murphy@lewisbrisbois.com
Steven.Foremaster@lewisbrisbois.com
TEL: 702.893.3383
FAX: 702.893.3789

*Attorneys for Aramark Correctional Services, LLC (incorrectly named in complaint as Aramark Services, Inc.)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL HERRERA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARAMARK SERVICES, INC., a foreign corporation; DOES I through V; and ROE BUSINESS ENTITIES I through V; inclusive,<br><br>            Defendants. | CASE NO. 2:19-cv-01594-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, RAUL HERRERA, and Defendant, ARAMARK CORRECTIONAL SERVICES, LLC (incorrectly named in complaint as Aramark Services, Inc.), by and through their respective undersigned counsel, that all claims in

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4872-7607-5015.1

the above-entiltled action against Defendant shall be dismissed in their entirety, with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 5th day of January, 2022.                    DATED this 5th day of January, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP              GGRM LAW FIRM

BY: __/s/ James E. Murphy_____            BY: ___/s/ William T. Martin_____
    James E. Murphy, Esq.                                  Dillon G. Coil, Esq.
    Nevada Bar No. 8586                                    Nevada Bar No. 11541
    Steven L. Foremaster, Esq.                             William T. Martin, Esq.
    Nevada Bar No. 10350                                   Nevada Bar No. 2534
    6385 S. Rainbow Boulevard, Suite 600                   2770 S. Maryland Parkway, Suite 100
    Las Vegas, Nevada 89118                                Las Vegas, NV 89109
    *Attorneys for Defendant*                              *Attorneys for Plaintiff*
    *Aramark Correctional Services, LLC*                   *Raul Herrera*
    *(incorrectly named in complaint as*
    *Aramark Services, Inc.)*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __6__ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4872-7607-5015.1                                    2